IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:24-00044

DONALD RENARD TAYLOR

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Donald Renard Taylor for a continuance of trial and all related action in this matter.  (ECF No. 23.)  In support of defendant's motion, counsel for defendant explains that in order to effectively and adequately represent her client, additional time is needed to confer with defendant regarding the discovery in this matter and to conduct necessary investigation prior to determining what, if any, pretrial motions need to be filed. The government does not oppose defendant's motion.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to May 30, 2024;

2. The Pretrial Motions Hearing is continued to June 11, 2024, at 11:30 p.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by July 2, 2024;

4. Trial of this action is continued to July 9, 2024, at 9:30 a.m. in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 3rd day of April, 2024.

ENTER:

David A. Faber
Senior United States District Judge