IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:24-00044

DONALD RENARD TAYLOR

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Donald Renard Taylor for a continuance of the trial in this matter. (ECF No. 30.)  In support of defendant's motion, counsel for defendant explains that due to an outbreak of COVID-19 at South Central Regional Jail, Mr. Taylor's pod is currently on quarantine.  The parties are close to finalizing plea negotiations that may obviate the need for trial in the instant matter.  Additional time is needed to finalize the proposed plea agreement and for counsel to confer with Mr. Taylor regarding the same once his pod is cleared for visitation.  The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion

"would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by September 24, 2024;

2. Trial of this action is continued to October 1, 2024, at 9:30 a.m. in Charleston; and

3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 20th day of August, 2024.

ENTER:

David A. Faber
Senior United States District Judge