```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2:24-00044

DONALD RENARD TAYLOR

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Donald Renard Taylor for a continuance of the trial in this matter. (ECF No. 32.)  In support of defendant's motion, counsel for defendant explains that plea negotiations between the parties have been ongoing but have yet to be finalized. The parties anticipate finalizing these negotiations soon, but unless a continuance is granted the parties will be required to cease the same and completely prepare this case for trial.  The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by November 6, 2024;

2. Trial of this action is continued to November 13, 2024, at 9:30 a.m. in Charleston; and

3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 24th day of September, 2024.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge