IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:24-00044

DONALD RENARD TAYLOR

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Donald Renard Taylor for a continuance of trial and all related action in this matter.  (ECF No. 36.)  In support of defendant's motion, counsel for defendant explains that the parties have been contemplating a proposed resolution of this matter but said negotiations have not yet been completed.  Counsel further states that additional time is needed to confer with Mr. Taylor regarding his case and any proposed resolution and, unless a continuance is granted, the parties will be required to completely prepare this case for trial which will hinder negotiations.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion

"would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by March 20, 2025;
2. Trial of this action is continued to March 27, 2025, at 9:30 a.m. in Charleston; and
3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 4th day of February, 2024.

ENTER:

David A. Faber
Senior United States District Judge

2